No. A–326.  SAWYER *v.* UNITED STATES.  Application for release pending appeal, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–463.  IN RE DISBARMENT OF HOPT.  It is ordered that Larry W. Hopt, of Seattle, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–464.  IN RE DISBARMENT OF MCDANIEL.  It is ordered that Marlin K. McDaniel, of Richmond, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–465.  IN RE DISBARMENT OF PELLE.  It is ordered that Michael A. Pelle, of North Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–1545.  WESTERN AIR LINES, INC. *v.* CRISWELL ET AL. C. A. 9th Cir.  [Certiorari granted, *ante*, p. 815.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–1748.  ALLIS-CHALMERS CORP. *v.* LUECK.  Sup. Ct. Wis.  [Certiorari granted, *ante*, p. 815.]  Motions of Chamber of Commerce of the United States and American Federation of Labor and Congress of Industrial Organizations for leave to file briefs as *amici curiae* granted.

No. 83–1785.  AIR FRANCE *v.* SAKS.  C. A. 9th Cir.  [Certiorari granted, *ante*, p. 815.]  Motions of International Air Transport Association and the Republic of France for leave to file briefs as *amici curiae* granted.